IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELYZETTE HERNANDEZ,
CARMEN AMEZQUITA,

    Plaintiffs,

v.                      Case No.:  6:22-cv-Orl_____

TROY STEELE, RYDER TRUCK
RENTAL, INC. and, USAA GENERAL
INDEMNITY COMPANY,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442(a)(1), 1446 and 2679(d)(1) and (2), Federal Defendant, Troy Steele, hereby removes this action and in support thereof state as follows:

1.    The case styled *Elyzette Hernandez, et al. v. Troy Steele, et al., Case No. 2022-CA-2035*, is pending in the County Court of the Ninth Judicial Circuit in and for Orange County, Florida.  Plaintiffs allege that postal employee, Troy Steele, negligently operated a motor vehicle that resulted in a collision with their vehicle.  A Copy of the Summons and Complaint are attached hereto as **Exhibit A.**

2.    The State Court action is removed pursuant to 28 U.S.C §§ 2679(d)(1) and (2), which permits removal of an action alleging a wrongful act

or omission by a federal employee acting within the scope of his or her employment. A certification by the Chief of the Civil Division for the Middle District of Florida attesting that Federal Defendant, Troy Steele was acting within the scope of his employment is attached hereto as **Exhibit B**.

    3.    Pursuant to 28 U.S.C. § 2679(d)(1) and (2), the action may be removed at any time before trial. No trial or final hearing has been held.

    4.    Pursuant to Local Rule 1.06(b), a complete copy of the state court file is attached hereto as **Exhibit C.**

    5.    A copy of the Notice of Removal will be filed with the Clerk of the Court, Orange County, Florida, pursuant to 28 U.S.C. & 1446(d).

WHEREFORE, pursuant to 28 U.S.C. §§ 1442, 1446, and 2679(d)(1) and (2), federal defendant, Troy Steele requests this action be removed to the United States District Court for the Middle District of Florida from the County Court of the Ninth Judicial Circuit of Florida, Orange County, Florida.

HERNANDEZ, ET AL. v. TROY STEELE, ET AL.
CASE NO. 6:22-cv-Orl-_____

                                              Respectfully submitted,

                                              ROBERT B. HANDBERG
                                              United States Attorney

By:   /s/ *Phillip R.S. Ragler*
        PHILLIP R.S. RAGLER
        Assistant United States Attorney
        USAO No. 181
        400 W. Washington St., Ste. 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7588
        Phillip.Ragler@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2022, a true copy of the foregoing NOTICE OF REMOVAL to be filed using the Court's CM/ECF filing system, and a true and correct copy of the foregoing document, was sent by United States mail, to the following:

Fabio Duran, Esquire
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, Florida 32819
Trustedpleadings@newlinlaw.com

                                              /s/ Phillip R.S. Ragler
                                              PHILLIP R.S. RAGLER
                                              Assistant United States Attorney