Exhibit A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

ELYZETTE HERNANDEZ and
CARMEN AMEZQUITA,

CASE NO: 2022-CA-2035

    Plaintiff(s),

Vs.

TROY STEELE, RYDER TRUCK
RENTAL, INC. AND USAA GENERAL
INDEMNITY COMPANY,
    Defendant(s).
_____/

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

    You are hereby commanded to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

**TROY STEELE
907 BAINBRIDGE LOOP
WINTER GARDEN, FL 34787**

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Fabio Duran, Esquire, Dan Newlin Injury Attorneys, 7335 W. Sand Lake Road, Suite 300, Orlando, Florida, 32819; telephone: (407) 888-8000, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

Dated: 03/09/2022

Tiffany Moore Russell
Clerk of the Circuit Court

By_____/s/ yamina azizi_____
As Deputy Clerk
Civil Division
425 N. Orange Avenue, Room 310
Orlando, FL 32801

Civil Division
425 N. Orange Avenue
Room 350
Orlando, Florida 32801

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney."   (Demandate o Abogado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**DAN NEWLIN INJURY ATTORNEYS**
**7335 W. SAND LAKE ROAD, SUITE 300**
**ORLANDO, FLORIDA 32819**

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

ELYZETTE HERNANDEZ and
CARMEN AMEZQUITA,

CASE NO:

    Plaintiff(s),

Vs.

TROY STEELE, RYDER TRUCK
RENTAL, INC. AND USAA GENERAL
INDEMNITY COMPANY,
    Defendant(s).
_____/

# COMPLAINT

COMES NOW the Plaintiff(s), ELYZETTE HERNANDEZ and CARMEN AMEZQUITA, by and through the undersigned counsel and hereby sue the defendant(s), TROY STEELE, RYDER TRUCK RENTA. INC. (Hereinafter, "RYDER"), and USAA GENERAL INDEMNITY COMPANY (Hereinafter, "USAA") and say:

1. This is an action for damages which exceeds the jurisdictional requirements of $30,000.00 of this Court.

2. This Court has jurisdiction over the parties and subject matter of this action in that:

    (a) defendant, TROY STEELE, is a resident of Florida residing in Orange County Florida;

    (b) defendant, RYDER TRUCK RENTAL, INC., is a corporation doing business in the State of Florida;

    (c) defendant USAA, is an insurer doing business with the residents of Orange County, Florida.

(d) the incident giving rise to the instant action occurred in Orange County, Florida.

## FACTS COMMON TO ALL COUNTS

3. On or about January 14, 2020, defendant, RYDER TRUCK RENTAL, INC. owned a 2014 freight truck bearing VIN No. 3ALACWDT9EDFP2564 that was being operated by defendant, TROY STEELE, on BOGGY CREEK RD. near the intersection of RICHARD E. JOHNSON BV, in Orlando, Orange County, Florida.

4. At the time and place described above, defendant, TROY STEELE, negligently operated and maintained his motor vehicle so that it collided with a vehicle driven by Plaintiff, ELYZETTE M. HERNANDEZ and occupied by CARMEN AMEZQUITA, causing significant injuries.

## COUNT I
## ELYZETTE HERNANDEZ' NEGLIGENCE
## CLAIM AGAINST TROY STEELE

5. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 4 as if fully set forth herein.

6. Defendant, TROY STEELE, negligently operated or maintained his 2014 Freight truck causing it to impact the vehicle driven by Plaintiff, ELYZETTE HERNANDEZ.

7. As a direct and proximate result of the negligence of the defendant, TROY STEELE, Plaintiff, ELYZETTE HERNANDEZ, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and he will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ELYZETTE HERNANDEZ, demands judgment for damages against defendant, TROY STEELE, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT II
## ELYZETTE HERNANDEZ' VICARIOUS NEGLIGENCE CLAIM AGAINST RYDER

8. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 7 as if fully set forth herein.

9. That by virtue of being the owner of the subject 2014 Freight truck, defendant, RYDER, is vicariously negligent to the same degree as defendant, TROY STEELE, as alleged in Paragraphs 5 and 6.

10. As a direct and proximate result of the negligence of the defendant, TROY STEELE, Plaintiff, ELYZETTE HERNANDEZ, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, ELYZETTE HERNANDEZ, demands judgment for damages against defendants, TROY STEELE AND RYDER, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT III
## PLAINTIFF, ELYZETTE HERNANDEZ', CLAIM AGAINST DEFENDANT, USAA

11. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 10 as if fully set forth herein.

12. That prior to January 14, 2020, Defendant, USAA, issued an insurance policy bearing Policy Number 037666558G. Said Policy was in full force and effect on the date of accident above, and provided coverage, under the circumstances of this case, for damages due to bodily injury to Plaintiff, ELYZETTE HERNANDEZ, when said injury was caused by an owner or operator of an "uninsured/underinsured motor vehicle" as that term is defined in that policy, and in Florida Statutes Chapter 627, or as it is otherwise defined by Florida Law.

13. That Plaintiff, ELYZETTE HERNANDEZ, is "insured" as that term is used within the policy of insurance issued by Defendant, USAA, and by virtue of Plaintiff's right to recover damages, and the lack of insurance to be recovered by the vehicle owned by Defendant, RYDER, whose vehicle collided with Plaintiff's vehicle, Plaintiff, ELYZETTE HERNANDEZ, is entitled to the uninsured motorist benefits provided by Defendant, USAA. Plaintiff requested from Defendant, USAA, pursuant to Florida Statutes, Section 627.4137, a copy of the policy which existed at the time of the accident. A copy of the policy from Defendant, USAA, will be provided under separate cover.

14. That Plaintiff, ELYZETTE HERNANDEZ, has performed all conditions precedent to entitle Plaintiff to recover under said policy, and to maintain this instant action.

15. That as a direct and proximate result of the negligence of Defendant, TROY STEELE, Plaintiff, ELYZETTE HERNANDEZ, sustained significant bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for

enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses described herein are permanent and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff ELYZETTE HERNANDEZ, demands judgment for damages against Defendant, USAA, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other and further relief as this Court deems just and proper.

### COUNT IV
### CARMEN AMEZQUITA'S NEGLIGENCE
### CLAIM AGAINST TROY STEELE

16. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 15 as if fully set forth herein.

17. Defendant, TROY STEELE, negligently operated or maintained his 2014 Freight truck causing it to impact the vehicle occupied by Plaintiff, CARMEN AMEZQUITA.

18. As a direct and proximate result of the negligence of the defendant, TROY STEELE, Plaintiff, CARMEN AMEZQUITA, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, CARMEN AMEZQUITA, demands judgment for damages against defendant, TROY STEELE, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

### COUNT V
### CARMEN AMEZQUITA'S VICARIOUS NEGLIGENCE
### CLAIM AGAINST RYDER

19. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 18 as if fully set forth herein.

20. That by virtue of being the owner of the subject 2014 Freight truck, defendant, RYDER, is vicariously negligent to the same degree as defendant, TROY STEELE, as alleged in Paragraphs 5 and 6.

21. As a direct and proximate result of the negligence of the defendant, TROY STEELE, Plaintiff, CARMEN AMEZQUITA, suffered significant bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The injuries to the Plaintiff are permanent and she will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, CARMEN AMEZQUITA, demands judgment for damages against defendants, TROY STEELE AND RYDER, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other relief as this Court deems just and proper.

## COUNT VI
## PLAINTIFF, CARMEN AMEZQUITA'S, CLAIM AGAINST DEFENDANT, USAA

22. Plaintiff realleges and incorporates herein by reference each and every factual allegation as contained in Paragraphs 1 through 21 as if fully set forth herein.

23. That prior to January 14, 2020, Defendant, USAA, issued an insurance policy bearing Policy Number 037666558G. Said Policy was in full force and effect on the date of accident above, and provided coverage, under the circumstances of this case, for damages due to bodily injury to Plaintiff, CARMEN AMEZQUITA, when said injury was caused by an owner or

operator of an "uninsured/underinsured motor vehicle" as that term is defined in that policy, and in Florida Statutes Chapter 627, or as it is otherwise defined by Florida Law.

24. That Plaintiff, CARMEN AMEZQUITA, is "insured" as that term is used within the policy of insurance issued by Defendant, USAA, and by virtue of Plaintiff's right to recover damages, and the lack of insurance to be recovered by the vehicle owned by Defendant, RYDER, whose vehicle collided with Plaintiff's vehicle, Plaintiff, CARMEN AMEZQUITA, is entitled to the uninsured motorist benefits provided by Defendant, USAA. Plaintiff requested from Defendant, USAA, pursuant to Florida Statutes, Section 627.4137, a copy of the policy which existed at the time of the accident. A copy of the policy from Defendant, USAA, will be provided under separate cover.

25. That Plaintiff, CARMEN AMEZQUITA, has performed all conditions precedent to entitle Plaintiff to recover under said policy, and to maintain this instant action.

26. That as a direct and proximate result of the negligence of Defendant, TROY STEELE, Plaintiff, CARMEN AMEZQUITA, sustained significant bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses described herein are permanent and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff CARMEN AMEZQUITA, demands judgment for damages against Defendant, USAA, including costs of this action, and further demands a trial by jury on all issues so triable, and for such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs, ELYZETTE HERNANDEZ AND CARMEN AMEZQUITA, demands a trial by jury on all issues.

RESPECTFULLY submitted this 8th day March, 2022.

/S/ FABIO DURAN
FABIO DURAN, ESQ.
Florida Bar No. 630667
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Phone/Fax: (407) 845-1756
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Trustedpleadings@newlinlaw.com